## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF WISCONSIN

WISCONSIN MASONS PENSION FUND,
WISCONSIN MASONS HEALTH CARE FUND,
WISCONSIN MASONS APPRENTICESHIP &
TRAINING FUND, BRICKLAYERS AND TROWEL
TRADES INTERNATIONAL PENSION FUND,
INTERNATIONAL MASONRY INSTITUTE and
JEFFREY LECKWEE (in his capacity as Trustee),

BRICKLAYERS AND ALLIED CRAFTWORKERS
DISTRICT COUNCIL OF WISCONSIN,

NTERNATIONAL UNION OF BRICKLAYERS
AND ALLIED CRAFTWORKERS,

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' PENSION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS HEALTH FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' VACATION FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' APPRENTICESHIP & JOURNEYMAN
TRAINING FUND,
NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS' DEFINED CONTRIBUTION PENSION FUND,
LABOR MANAGEMENT COOPERATION TRUST FUND,
and BRIAN GENTRY (in his capacity as Trustee),

CONTRACT ADMINISTRATION FUND,

NORTH CENTRAL STATES REGIONAL COUNCIL OF
CARPENTERS,

          Plaintiffs,

   v.                                   Case No.  12-cv-479

JON SAWYER d/b/a NEW FLOORING SERVICES, LLC,

          Defendant.

## ORDER AND ENTRY OF JUDGMENT

Request and motion for default judgment brought by the Plaintiffs in the above-captioned action were submitted to the Court and filed with the clerk. This action having come on hearing before the Court, the issues having been duly heard, and a decision having been duly rendered, the Court orders as follows:

1.    Defendant has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

2.    Defendant violated the Labor-Management Relations Act of 1947, as amended, as well as the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreements by failing to pay fringe benefit contributions on behalf of its employees to the Plaintiff Funds.

3.    As a result of Defendant's failure, Plaintiffs are entitled to damages consisting of unpaid contributions, liquidated damages, interest, attorney fees, and costs.

4.    The court assesses the total damages to the Plaintiffs in the sum of $87,299.16.

**IT IS HEREBY ORDERED AND ADJUDGED** that the Plaintiffs, Wisconsin Masons Pension Fund, Wisconsin Masons Health Care Fund, Wisconsin Masons Apprenticeship & Training Fund, Bricklayers and Trowel Trades International Pension Fund, International Masonry Institute, Jeffrey Leckwee, Bricklayers and Allied Craftworkers District Council of Wisconsin, International Union of Bricklayers and Allied Craftworkers, North Central States Regional Council of Carpenters' Pension Fund, North Central States Regional Council of Carpenters' Health Fund, North Central States Regional Council of Carpenters' Vacation Fund, North Central States Regional Council of Carpenters' Apprenticeship & Journeyman Training Fund, North Central States Regional Council of Carpenters' Defined Contribution Pension Fund, Labor

Management Cooperation Trust Fund, Brian Gentry, Contract Administration Fund, and North Central States Regional Council of Carpenters, recover from the Defendant and that the Clerk of Court is directed to enter judgment in favor of Plaintiffs and against Defendant in the amount of $87,299.16 together with interest at the rate allowed by law.

Dated at Madison, Wisconsin, this 2nd day of January, 2013.

By: _Peggy Kamule_, Deputy Clerk
Clerk of Court

_____
Deputy Clerk

Dated and approved as to form this 2nd day of January, 2013.

BY THE COURT:

_____
U.S. District Court Judge